Theresa ARMSTRONG, Appellant,

v.

DIVISION OF EMPLOYMENT SECURITY, Respondent.

No. WD 74496.

Missouri Court of Appeals, Western District.

Dec. 11, 2012.

Jeffrey Berman, Kansas City, MO, for appellant.

Shelly Kintzel, Jefferson City, MO, for respondent.

Before: JAMES EDWARD WELSH, CJ., THOMAS H. NEWTON, J., and CHARLES E. ATWELL, Sp. J.

## ORDER

PER CURIAM:

Ms. Theresa Armstrong appeals the decision of the Labor and Industrial Relations Commission denying her request for unemployment benefits.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).